

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN ROBERT BULL<br><br>　　　　　Defendant. | 2:06-CR-378-RLH-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#90) on March 12, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

　　Name of Payee: NEVADA STATE BANK
　　Amount of Restitution: $3,481.00

　　Name of Payee: BANK OF AMERICA
　　Amount of Restitution: $18,146.00

　　Name of Payee: SILVER STATE SCHOOLS CREDIT UNION
　　Amount of Restitution: $2,402.00

　　**Total Amount of Restitution ordered: $24,029.00\*\***

\*\*Joint and Several with co-defendants Dana Andre Hines and Alex McCray

Dated this \_\_\_\_5\_\_\_\_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE